623 A.2d 1384

JOYCE CARR, PLAINTIFF–RESPONDENT, v. ARTHUR W. BUR-GESS, EXECUTOR OF THE ESTATE OF H. THOMAS CARR, BARBARA CARR, MICHAEL T. CARR, KATHLEEN P. CARR AND TIMOTHY F. CARR, DEFENDANTS–APPELLANTS, AND BERLY INVESTMENT CO.; LESLIE GRABOWSKI, JEFFREY KIRSCH, ROBERT ELKINS, RAYMOND BUCK AND AQUAMARINE DEVELOPMENT, INC., INTERVENORS.

Superior Court of New Jersey
Appellate Division,

Argued March 16, 1993—Decided April 5, 1993.

Before Judges MICHELS, BILDER and WALLACE.

*Noel S. Tonneman* argued the cause for appellants (*Wilentz, Goldman & Spitzer,* attorneys; *Warren W. Wilentz,* of counsel; *Mr. Tonneman,* on the brief).

*John A. Craner* argued the cause for respondent (*Craner, Nelson, Satkin & Scheer,* attorneys; *Mr. Craner,* on the brief).

PER CURIAM.

The judgment of the Chancery Division is affirmed substantially for the reasons expressed by Judge Epstein in his opinion reported at 264 *N.J.Super.* 191, 623 *A.*2d 1384 (Ch.Div.1993). We are satisfied that the findings of fact are supported by substantial

credible evidence in the record and find no sound reason or justification to interfere with them. *See Rova Farms Resort v. Investors Ins. Co.,* 65 *N.J.* 474, 484, 323 *A.*2d 495 (1974).